**ORDER DENIED**
The stay is terminated only against the debtor.



Entered on Docket
August 23, 2010

_____
**Hon. Linda B Riegle
United States Bankruptcy Judge**

---

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-15
10-72902

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-21068-lbr |
|---|---|
| Michael Lichvar and Janice Lichvar | Chapter 13 |
| Debtors | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-

Through Certificates, Series 2007-15, its assignees and/or successors in interest, of the subject property, generally described as 8108 Chestnut Hollow, Las Vegas, NV 89131, and legally described as follows:

> All that real property situated in the County of Clark , State of Nevada, bounded and described as follows: Lot 125, Block 6, of THE McNAMEE PARCEL UNIT 1, as shown by Map thereof on file in Book 112, of Plats, Page 42, in the Office of the County Recorder of Clark County, Nevada.

IT IS SO ORDERED.

Dated this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**
By: __/s/Gregory L. Wilde, Esq__  #10235
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtors

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee